IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KINGVISION PAY-PER-VIEW, LTD.             :        CIVIL ACTION
                                          :
         vs.                              :
                                          :        NO. 02-CV-3776
SIR RICHARDS INC., ET AL.

O R D E R

**AND NOW, TO WIT:** This 5th day of November, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                **MICHAEL E. KUNZ**, Clerk of Court

                        **BY:** _____
                                Patricia A. Callahan
                                Deputy Clerk to
                                Hon. Berle M. Schiller

Civ 2 (7/95)
41(b).frm